Meyer Rothschild et al., appellants, v. Edward G. Felsenthal et al., appellees. Gen. No. 40,049.

Heard in the third division of this court for the first district at the April term, 1938. Opinion filed November 30, 1938. Rehearing denied December 16, 1938.

Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain appellees; Herbert M. Lautmann, Ben Rothbaum and Isaac E. Ferguson, of counsel. Krinsky, Levitan & Glassner, for certain other appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Hazel Johnson, appellee, v. L. H. S. Roblee, appellant. Gen. No. 40,063.

Heard in the third division of this court for the first district at the February term, 1938. Opinion filed November 30, 1938.

Chapman & Cutler, for appellant; Dayton Ogden, of counsel. Reuel H. Grunewald, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

People of the State of Illinois ex rel. John V. Farwell and Arthur L. Farwell, appellants, v. Edward J. Kelly et al., appellees. Gen. No. 40,088.

Heard in the third division of this court for the first district at the October term, 1937. Opinion filed November 30, 1938.

Aaron Soble, for appellants; Max Chill, of counsel. Barnet Hodes, Corporation Counsel, for appellees; Joseph F. Grossman, First Assistant Corporation Counsel, Arthur A. Sullivan and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.